UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LUKE A. GERKIN                                                                   CIVIL ACTION

VERSUS

HAL MCMURDO, ET AL.                                     NO.: 19-00249-BAJ-RLB

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 22)** pursuant to 28 U.S.C. §636(b)(1). The Report and Recommendation addresses Defendants' Motion to Dismiss (Doc. 13) in response to pro se Plaintiff Luke Gerkin's Complaint (Doc. 1), filed against Defendants under 42 U.S.C. §1983. The Magistrate Judge recommended that the Defendants' Motion be granted in part, dismissing claims against Defendants Jason Kent and James Leblanc for failure to state a claim against them. The Magistrate Judge further recommends denial in part as to the claims against Defendant McMurdo because Plaintiff has sufficiently plead a claim for medical indifference. (Doc. 22 at p. 7). The Magistrate Judge further recommends that the Court decline the exercise of supplemental jurisdiction in connection with Plaintiff's potential state law claims because the claims substantially predominate over the claims of which the Court has original jurisdiction. Lastly, the Magistrate Judge recommends that this matter be referred to him for further proceedings. (Id.).

The Report and Recommendation notified the parties that, pursuant to 28 U.S.C. §636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. No objections or responses were filed by either party.

Having carefully considered the underlying Complaint, the instant motion, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 22)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendants' Motion is **GRANTED IN PART** as to Plaintiff's claims against Defendants Kent and Leblanc. Plaintiff's claims against Kent and Leblanc are hereby dismissed.

**IT IS FURTHER ORDERED** that Defendant's Motion is **DENIED IN PART** as to Plaintiff's claims against Defendant McMurdo. Plaintiff's claims against McMurdo shall proceed.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims in this matter.

**IT IS FURTHER ORDERED** that this matter is referred to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana, this 9th day of January, 2020.

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA